IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRITTANIA SHIFFLETT, individually, and on behalf of as the mother of A. S., Minor Child;<br><br>Plaintiff,<br><br>vs.<br><br>DRJ SOLUTIONS, LLC,<br><br>Defendant. | **8:24CV460**<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the unopposed motion to amend, Filing No. 17, is granted. The final progression order, Filing No. 10, is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for December 2, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **January 27, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for filing motions to compel written discovery under Rules 33, 34, 36, and 45 is January 12, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 22, 2026.

4) The deadline for filing motions to dismiss and motions for summary judgment is March 23, 2026.

5) All deadlines not specifically amended herein remain unchanged.

Dated this 9th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge